AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 7:18MJ56 | Date and time warrant executed: 5/2/2018 10:56 a.m. | Copy of warrant and inventory left with: lers@google.com |
| Inventory made in the presence of : | | |

Inventory of the property taken and name of any person(s) seized:

1. Electronic file with data associated with ltlmacmcg@gmail.com.

CLERKS OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
5/16/18
JULIA C. DUDLEY, CLERK
BY: s/ S. SAKALAS
DEPUTY CLERK

Received in Chambers
By Reliable Electronic Means
May 16, 2018
Hon. Robert S. Ballou
United States Magistrate

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 5/16/2018

_Lynn A. Witt_
Executing officer's signature

_Lynne A. Witt, Special Agent_
Printed name and title